Michael R. Lozeau (State Bar No. 142893)
E-mail: michael@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94612
Tel: (510) 836-4200
Fax: (510) 836-4205

Shana Lazerow (State Bar No. 195491)
E-mail: slazerow@cbecal.org
COMMUNITIES FOR A BETTER ENVIRONMENT
340 Broadway
Richmond, CA 94801
Tel: (510) 302-0430 x 18
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

*Additional Counsel Listed on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>EVERPORT TERMINAL SERVICES INC., a corporation,<br><br>          Defendant. | Case No. 2:20-cv-06638 CBM (PJWx)<br><br>**STIPULATED REQUEST FOR ENTRY OF CONSENT DECREE** |

1 | Joseph N. Akrotirianakis (State Bar No. 197971)
  | KING & SPALDING LLP
  | Email: jakro@kslaw.com
2 | 633 W 5th Street, Ste 1700
  | Los Angeles, CA 90071
3 | Tel: (213) 443-4355
4 |
  | Attorneys for Defendant
5 | EVERPORT TERMINAL SERVICES INC.

1    On August 7, 2020, Plaintiff Communities for a Better Environment and

2    Defendant Everport Terminal Services Inc. filed a notice of settlement and request for

3    stay with the Court. On September 15, 2020, the Court issued a minute order

4    acknowledging the notice of settlement, placing the case in inactive status, and

5    ordering the parties file either a proper stipulation and order for dismissal or judgment

6    by October 16, 2020.

7    On August 3, 2020, Plaintiff Communities for a Better Environment sent a

8    letter to the United States Department of Justice and the United States Environmental

9    Protection Agency to trigger a mandatory 45-day review period to review the

10   [Proposed] Consent Decree entered into by the parties on October 16, 2019.  *See* 33

11   U.S.C. § 1365(c); 40 C.F.R. § 135.5.  On September 24, 2020, the Department of

12   Justice sent the parties a letter indicating that the federal agencies had no objection to

13   entry of the [Proposed] Consent Decree.  That letter is attached hereto as Exhibit 1.

14   Accordingly, the Parties hereby respectfully request that the Court enter the

15   [Proposed] Consent Decree, attached hereto as Exhibit 2, and lodged with the Court

16   contemporaneously with this request.

17   Dated: September 25, 2020          LOZEAU DRURY LLP

18                                      __*/s/ Michael R. Lozeau*[1]_____

19                                      Michael R. Lozeau
                                        Attorneys for Plaintiff
20                                      LOS ANGELES WATERKEEPER

21   Dated: September 25, 2020          KING & SPALDING LLP

22                                      _/s/_____

23                                      Joseph N. Akrotirianakis
                                        Attorneys for Defendant
24                                      EVERPORT TERMINAL SERVICES INC.

25

26

27   [1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on
     whose behalf the filing is submitted, concurs in the filing's content and have
28   authorized the filing.

Stipulated Request for Entry of Consent Decree          Case No. 2:20-cv-06638 CBM (PJWx)